IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03325-RPM

LINDA BARKER,

    Plaintiff,

v.

BC SERVICES, INC.,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V . Wentz
  Secretary

    Due to the Court's trial calendar, the May 22, 2015, scheduling conference is vacated and **rescheduled for June 16, 2015, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:  May 21, 2015