IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03325-RPM

LINDA BARKER,

    Plaintiff,

v.

BC SERVICES, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Upon review of the Unopposed Motion to Dismiss with Prejudice [Doc. 11], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

Dated: August 14th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge